# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2746
5D2024-0270
LT Case No. 2020-DR-000080

_____

TIMOTHY FORTUNE,

Appellant,

v.

ASHLEIGH FORTUNE,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Andrea Black, of Andrea Black, P.A., Orlando, for Appellant.

Ashleigh Fortune, Chuluota, pro se.

August 20, 2024

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____